UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHARLES F. TERWILLIGER, JR.,

                Plaintiff,

      v.                                                                      3:06-CV-0149
                                                             (FJS/GHL)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

CHARLES F. TERWILLIGER
Plaintiff, *pro se*

HON. ANDREW T. BAXTER
United States Attorney for the
  Northern District of New York
Attorney for Defendant
100 South Clinton Street
Syracuse, New York  13261-7198

OFFICE OF GENERAL COUNSEL                  BARBARA L. SPIVAK, ESQ.
Social Security Administration                     Chief Counsel, Region II
26 Federal Plaza
New York, New York  10278                           ARTHUR SWERDLOFF, ESQ.
                                                                 Special Assistant U.S.Attorney

**FREDERICK J. SCULLIN, S.D.J.**:

### DECISION AND ORDER

      Presently before the Court is Magistrate Judge George H. Lowe's March 11, 2009 Report

and Recommendation in which he recommends that the decision of the Commissioner of Social

Security be affirmed and the complaint be dismissed, and the Court having reviewed the Report and Recommendation and the entire file in this matter and no objections to said Report and Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge George H. Lowe on March 11, 2009 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that the decision of the Commissioner of Social Security is **AFFIRMED** and the complaint is **DISMISSED**, and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the defendant and close this case.

**IT IS SO ORDERED**.

Dated:  August 24, 2009
 Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge