## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

_____

**CHARLES F. TERWILLIGER, JR.**

    vs.                                  **CASE NUMBER: 3:06-CV-149**
                                                                              **(FJS/GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the March 11, 2009 Report-Recommendation of Magistrate Judge George H. Lowe is accepted in its entirety. The decision of the Commissioner is AFFIRMED and the Complaint is DISMISSED. Judgment is hereby entered in favor of the Defendant and this action is closed.

All of the above pursuant to the Order of the Honorable Senior United States District Court Judge, Frederick J. Scullin, Jr., dated the 24th day of August, 2009.

DATED: August 24, 2009

                                                *[signature]*
                                                Clerk of Court

                                                s/
                                                Melissa Ennis
                                                Deputy Clerk